# United States Court of Appeals for the Federal Circuit

---

**ALEXSAM, INC.,**
*Plaintiff-Appellant*

**v.**

**AETNA, INC.,**
*Defendant-Appellee*

---

2022-2036

---

Appeal from the United States District Court for the District of Connecticut in No. 3:19-cv-01025-VAB, Judge Victor A. Bolden.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED-IN-PART, VACATED-IN-PART, AND REMANDED**

FOR THE COURT

October 8, 2024
Date

Jarrett B. Perlow
Clerk of Court